# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS FRANCO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JAMES M. BIXLER, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 71320



FILED

MAR 15 2017



BY

DEPUTY CLERK

## ORDER DISMISSING PETITION

This petition for a writ of mandamus seeks dismissal of the charging document or, in the alternative, exclusion of evidence. Petitioner's case has since been dismissed without prejudice. Therefore, this court is "unable to grant effective relief," the petition is moot, and petitioner fails to demonstrate an applicable exception to the mootness doctrine. *Personhood Nev. v. Bristol*, 126 Nev. 599, 602, 245 P.3d 572, 574 (2010). Accordingly, we dismiss the petition as moot. *See id.* (holding that a case that initially presented a live controversy may be rendered moot by subsequent events).

It is so ORDERED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-08766

cc: Hon. James M. Bixler, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk